| | MASSOOD & BRONSNICK, LLC | KEVIN J. SAVAGE + |
|---|---|---|
| JOSEPH A. MASSOOD | | BRENDAN H. MORRIS ^ |
| ANDREW R. BRONSNICK °* | COUNSELLORS AT LAW | ALLISON T. KURTZ |
| _____ | | DANIELLE L. VERGA ^ |
| °Certified by the Supreme Court of New Jersey as a Civil Trial Attorney | 50 PACKANACK LAKE ROAD EAST Wayne, New Jersey 07470-6663 (973) 696-1900 | PARALEGALS |
| *NJ, NY, DC and MD Bars | Fax (973) 696-4211 | ELIZABETH BABITSCH |
| ^ NJ and NY Bars | | DARA K. SIERRA |
| + NJ, NY, DC and WA Bars | Email: ABRONSNICK@MASSOODLAW.COM | |

November 16, 2012

**Via ECF**

Honorable Mark Falk, USMJ
United States District Court
District of New Jersey
Martin Luther King, Jr.
US Post Office & Courthouse
1 Federal Square
Newark, NJ 07101

    Re:    New Jersey Back Institute v. Anaren, et al
              Docket No. 12-CV-5437-WJM-MF

Dear Judge Falk:

      This office represents Plaintiff in the above-referenced matter. Please be advised this matter has been resolved between the parties. We respectfully request entry of an Order dismissing this case as settled without costs.

      Thank you for your consideration of this matter.

                                          Respectfully,

                                          ANDREW BRONSNICK, ESQ.

cc: Michael P. Collins, Esq. (Via ECF)