```
                    UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEW JERSEY

-----------------------------X
NEW JERSEY BACK INSTITUTE,

        Plaintiff,                   2:12-cv-5437WJM

v.
                                     ORDER OF DISMISSAL
ANAREN, et al

        Defendants.
-----------------------------X
```

The parties having notified the Court that the above action has been settled,

It is on this 7th day of December, 2012

ORDERED that this matter be and is hereby dismissed without costs and without prejudice to the right, upon good cause shown within sixty (60) days, to reopen the action if the settlement is not consummated.

                                                s/William J. Martini

                                      _____

                                      WILLIAM J. MARTINI, U.S.D.J.